# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JIMMIE SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>J. FITTER, et al.,<br><br>    Defendant(s). | No.  CV 07-5712-CJC (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Defendants' motions for summary judgment are granted and Judgment is entered in favor of Defendants.

DATED: May 4, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE